**No. 10-1327. Jussi K. Kivisto, Petitioner v. The Florida Bar.**

565 U.S. 1010, 132 S. Ct. 544, 181 L. Ed. 2d 393, 2011 U.S. LEXIS 7614.

October 31, 2011. Motion to defer consideration and motion for leave to file a petition for rehearing denied.

Former decision, 563 U.S. 1034, 131 S. Ct. 2973, 180 L. Ed. 2d 248, 2011 U.S. LEXIS 4317.

**No. 09-958. Toby Douglas, Director, California Department of Health Care Services, Petitioner v. Independent Living Center of Southern California, Inc., et al. (two judgments).**

**No. 09-1158. Toby Douglas, Director, California Department of Health Care Services, Petitioner v. California Pharmacists Association, et al.; Toby Douglas, Director, California Department of Health Care Services, Petitioner v. California Hospital Association, et al.; Toby Douglas, Director, California Department of Health Care Services, Petitioner v. Independent Living Center of Southern California, Inc., et al.; and Toby Douglas, Director, California Department of Health Care Services, Petitioner v. Lydia Dominguez, By and Through Her Mother and Next Friend, Lisa Brown, et al.**

**No. 10-283. Toby Douglas, Director, California Department of Health Care Services, Petitioner v. Santa Rosa Memorial Hospital, et al.**

565 U.S. 1010, 132 S. Ct. 546, 181 L. Ed. 2d 393, 2011 U.S. LEXIS 7921.

November 4, 2011. The parties and the Solicitor General are directed to file supplemental briefs addressing the following question: "What should be the effect, if any, of the developments discussed in the letter submitted by the Solicitor General on October 28, 2011, on the proper disposition of this case?" Briefs, in letter format, limited to 10 pages, are to be filed simultaneously with the Clerk and served upon opposing counsel on or before 2 p.m., Friday, November 18, 2011.

**No. 11-5731. Assem A. Abulkhair, Petitioner v. Edward W. Boehm, et al.**

565 U.S. 1011, 132 S. Ct. 550, 181 L. Ed. 2d 393, 2011 U.S. LEXIS 8070.

November 7, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of New Jersey dismissed. See Rule 39.8.